IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SECURE AXCESS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2:14-cv-00284 |
| | § | |
| NINTENDO OF AMERICA, INC., | § | |
| NINTENDO CO., LTD., | § | JURY TRIAL DEMANDED |
| MICRO ELECTRONICS, INC., | § | |
| HASTINGS ENTERTAINMENT, INC., | § | |
| GAME STOP CORPORATION, | § | |
| WAL-MART STORES, INC., | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| BEST BUY STORES, L.P., | § | |
| BESTBUY.COM, LLC, | § | |
| K MART CORPORATION, | § | |
| TARGET CORPORATION, | § | |
| TOYS "R" US-DELAWARE, INC., | § | |
| and AMAZON.COM, INC. | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Secure Axcess, LLC files this notice of voluntary dismissal without prejudice before the filing of an answer or motion for summary judgment by Defendants.

| | |
|---|---|
| Dated: July 16, 2014 | */s/ Kelly J. Kubasta* |
| | Kelly J. Kubasta |
| | State Bar No. 24002430 |
| | KLEMCHUK KUBASTA LLP |
| | 8150 N. Central Expy., 10th Floor |
| | Telephone: 214.367.6000 |
| | Facsimile: 214.367.6001 |
| | kelly.kubasta@kk-llp.com |
| | docketing_kkllp@me.com |

James E. Davis
State Bar No. 05504200
FERGUSON, BRASWELL & FRASER, P.C.
2500 Dallas Parkway, Suite 2500
Plano, Texas 75093
Telephone: 972.378.9111
Facsimile: 972.378.9115
jdavis@dallasbusinesslaw.com

Carl R. Roth
State Bar No. 17312000
Brendan C. Roth
State Bar No. 24040132
Amanda A. Abraham
State Bar No. 24055077
The ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: 903.935.1665
Facsimile: 903.935.1797
cr@rothfirm.com
br@rothfirm.com
aa@rothfirm.com

**ATTORNEYS FOR PLAINTIFF
SECURE AXCESS, LLC**